# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JAMES MCINERNEY | § | Case No. 17-03704 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/08/2017. The undersigned trustee was appointed on 02/08/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   65,256.44

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 253.18 |
   | Bank service fees | 707.63 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 64,295.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/24/2017 and the deadline for filing governmental claims was 08/07/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,512.82 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,512.82 , for a total compensation of $ 6,512.82 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.20 , for total expenses of $ 22.20 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/09/2018      By: /s/KAREN R. GOODMAN
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-03704 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | JAMES MCINERNEY | | | | Date Filed (f) or Converted (c): | 02/08/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/08/2017 |
| For Period Ending: | 05/09/2018 | | | | Claims Bar Date: | 07/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2010 GARDEN STREET PARK RIDGE IL 60068-0000 COOK  Owned with non-debtor spouse in tenancy by the entirety. | 450,000.00 | 450,000.00 | | 0.00 | FA |
| 2. 544 W 16TH PLACE CHICAGO HEIGHTS IL | 82,000.00 | 82,000.00 | | 0.00 | FA |
| 3. 348 W. 16TH STREET CHICAGO HEIGHTS IL | 112,000.00 | 112,000.00 | | 0.00 | FA |
| 4. 14744 EVERS DOLTON IL | 114,000.00 | 114,000.00 | | 0.00 | FA |
| 5. 13846 STATE RIVERDALE IL 60827-0000 COOK | 94,000.00 | 94,000.00 | | 0.00 | FA |
| 6. 14509 PARK DOLTON IL | 76,000.00 | 76,000.00 | | 0.00 | FA |
| 7. MISC USED HOUSEHOLD GOODS & FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. USED CLOTHING FULLY DEPRECIATED | 400.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL FUNDS | 200.00 | 0.00 | | 0.00 | FA |
| 10. BANK OF AMERICA - 7213 | 1,925.00 | 0.00 | | 9,720.99 | FA |
| 11. BANK OF AMERICA - 1320 | 75.00 | 0.00 | | 0.00 | FA |
| 12. FIDELITY # 38312 | 200,000.00 | 0.00 | | 0.00 | FA |
| 13. LEOPARDO COMPANIES INC | 160,000.00 | 0.00 | | 0.00 | FA |
| 14. RELIANCE LIFE INSURANCE TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 15. NET BONUS RECEIVED FROM EMPLOYER FUNDS ARE IN SPOUSE'S BANK | 64,240.00 | 0.00 | | 20,000.00 | FA |
| 16. TAX REFUNDS (u) | 0.00 | 15,465.00 | | 15,327.00 | FA |
| 17. Citation Funds Employer Failed to Withhold (u) | 0.00 | 20,208.45 | | 20,208.45 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,356,340.00 | $963,673.45 | | $65,256.44 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

(Total Dollar Amount in Column 6)

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/18: Trustee recently concluded 2004 exam of Debtor. Based upon exam, Trustee concluded there are no further assets to administer and no cause of action against Debtor. The Trustee has filed a Motion to Compromise & Settle the issue of the fraudulent transfer of property of the Estate with the Debtor and his non-debtor spouse. The Trustee is reviewing claims and after both activities have been concluded, will file the TFR.

12/31/17: Determine estate's interest in bonus received by Debtor shortly prior to filing, frozen bank account and funds which Debtor's employer failed to withhold pursuant to citation issued prior to bankruptcy filing.

Initial Projected Date of Final Report (TFR): 12/31/2018        Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 17-03704 | | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|
| Case Name: | JAMES MCINERNEY | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX3375 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1201 | | Blanket Bond (per case limit): | $54,646,000.00 |
| For Period Ending: | 05/09/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/17 | 16 | James P. McInerney | 2016 Tax Refund (IRS) Tax return indicated refund was 15,465, check received from debtor who deposited refund check and wrote personal check to Trustee was $15,326.00 | 1124-000 | $15,327.00 | | $15,327.00 |
| 05/11/17 | 10 | Bank of America San Antonio, Texas | Turnover of Bank of America account | 1129-000 | $9,720.99 | | $25,047.99 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.22 | $25,022.77 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.00 | $24,986.77 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.15 | $24,949.62 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.09 | $24,912.53 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.85 | $24,876.68 |
| 11/03/17 | 17 | Leopardo | Turnover of Citation Funds Debtor's employer failed to withhold funds pursuant to prepetition Citation from creditor. Pursuant to Trustee's demand funds which should have been withheld were turned over to Trustee. | 1290-000 | $20,208.45 | | $45,085.13 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.98 | $45,048.15 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.87 | $44,985.28 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: | $45,256.44 | $271.16 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-03704 | Trustee Name: KAREN R. GOODMAN |
| Case Name: JAMES MCINERNEY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3375 |
| | Checking |
| Taxpayer ID No: XX-XXX1201 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 05/09/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/18 | 15 | Ann McInerney | Turnover of spouses's Bank Account (including 2016 bonus)<br><br>Pursuant to Turnover Agreement approved by Court Order (funds received prior to entry of Order) | 1129-000 | $20,000.00 | | $64,985.28 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.88 | $64,918.40 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.63 | $64,824.77 |
| 02/14/18 | 101 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 Reversal Error in processing Bond Payment | 2300-000 | | ($20.08) | $64,844.85 |
| 02/14/18 | 101 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 | 2300-000 | | $20.08 | $64,824.77 |
| 02/14/18 | 102 | International Surreties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2018 Bond Premium - Bond No. 016073584 | 2300-000 | | $19.18 | $64,805.59 |
| 02/22/18 | 103 | ATG LegalServe<br>105 W. Adams Street<br>Suite 1350<br>Chicago, IL 60603 | Invoice for Service to Chicago Title & Trust (Patrice Connolly) Subpoena for document production | 2990-000 | | $69.00 | $64,736.59 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.04 | $64,649.55 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.11 | $64,553.44 |
| 04/17/18 | 104 | Veritext Legal Solutions<br>1 North Frnaklin Street, Suite 3000<br>Chicago, Illinois 60606 | Court Reporter for 2004 Bankruptcy Exam held on 3/15/2018 | 2990-000 | | $165.00 | $64,388.44 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | Page Subtotals: $20,000.00 | $596.84 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 17-03704  
Case Name: JAMES MCINERNEY  
Taxpayer ID No: XX-XXX1201  
For Period Ending: 05/09/2018  

Trustee Name: KAREN R. GOODMAN  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3375  
Checking  
Blanket Bond (per case limit): $54,646,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.81 | $64,295.63 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | $65,256.44 | $960.81 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $65,256.44 | $960.81 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $65,256.44 | $960.81 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals:  $0.00  $92.81

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3375 - Checking | $65,256.44 | $960.81 | $64,295.63 |
| | $65,256.44 | $960.81 | $64,295.63 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $65,256.44 |
| Total Gross Receipts: | $65,256.44 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 17-03704  
Debtor Name: JAMES MCINERNEY  
Claims Bar Date: 7/24/2017

Date: May 9, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Administrative | | $0.00 | $6,512.82 | $6,512.82 |
| 100 2200 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Administrative | | $0.00 | $22.20 | $22.20 |
| 100 3110 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $8,637.00 | $8,637.00 |
| 1 300 7100 | FIRST PERSONAL BANK<br>C/O ASHEN FAULKNER<br>217 N. JEFFERSON ST STE 601<br>CHICAGO, IL 60661 | Unsecured | | $0.00 | $277,000.59 | $277,000.59 |
| 2 300 7100 | INLAND BANK AND TRUST<br>C/O KEVIN MURNIGHAN<br>33 W JACKSON BLVD<br>SUITE 500<br>CHICAGO IL 60604 | Unsecured | | $0.00 | $186,066.72 | $186,066.72 |
| 3 300 7100 | INLAND CONDO INVESTOR LOAN CORP.<br>C/O SCOTT & KRAUS, LLC<br>150 S. WACKER DRIVE, SUITE 2900<br>CHICAGO, ILLINOIS 60606 | Unsecured | | $0.00 | $20,934.17 | $20,934.17 |
| 4 300 7100 | INLAND CONDO INVESTOR LOAN CORP.<br>C/O SCOTT & KRAUS, LLC<br>150 S. WACKER DRIVE, SUITE 2900<br>CHICAGO, ILLINOIS 60606 | Unsecured | | $0.00 | $24,294.55 | $24,294.55 |
| | Case Totals | | | $0.00 | $523,468.05 | $523,468.05 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-03704
Case Name: JAMES MCINERNEY
Trustee Name: KAREN R. GOODMAN

Balance on hand $ 64,295.63

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $ 6,512.82 | $ 0.00 | $ 6,512.82 |
| Trustee Expenses: KAREN R. GOODMAN | $ 22.20 | $ 0.00 | $ 22.20 |
| Attorney for Trustee Fees: TAFT STETTINIUS & HOLLISTER LLP | $ 8,637.00 | $ 0.00 | $ 8,637.00 |

Total to be paid for chapter 7 administrative expenses    $    15,172.02

Remaining Balance    $    49,123.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 508,296.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIRST PERSONAL BANK | $ 277,000.59 | $ 0.00 | $ 26,770.36 |
| 2 | INLAND BANK AND TRUST | $ 186,066.72 | $ 0.00 | $ 17,982.18 |
| 3 | INLAND CONDO INVESTOR LOAN CORP. | $ 20,934.17 | $ 0.00 | $ 2,023.16 |
| 4 | INLAND CONDO INVESTOR LOAN CORP. | $ 24,294.55 | $ 0.00 | $ 2,347.91 |

Total to be paid to timely general unsecured creditors      $ 49,123.61

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE