# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JAMES MCINERNEY | § | Case No. 17-03704 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 913,000.00                    Assets Exempt: 379,100.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 49,123.61     Claims Discharged
                                                 Without Payment: 2,018,188.42

Total Expenses of Administration: 16,132.83

---

3) Total gross receipts of $ 65,256.44 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 65,256.44 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 933,344.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,132.83 | 16,132.83 | 16,132.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 625,672.00 | 508,296.03 | 508,296.03 | 49,123.61 |
| **TOTAL DISBURSEMENTS** | $ 1,559,016.00 | $ 524,428.86 | $ 524,428.86 | $ 65,256.44 |

4) This case was originally filed under chapter 7 on 02/08/2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/04/2018        By:/s/KAREN R. GOODMAN
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1124-000 | 15,327.00 |
| BANK OF AMERICA - 7213 | 1129-000 | 9,720.99 |
| NET BONUS RECEIVED FROM EMPLOYER FUNDS ARE IN SPOUSE'S BANK | 1129-000 | 20,000.00 |
| Citation Funds Employer Failed to Withhold | 1290-000 | 20,208.45 |
| **TOTAL GROSS RECEIPTS** | | **$65,256.44** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America N.A., PO Box 660807 Dallas, TX 75266-0807 | | 124,287.00 | NA | NA | 0.00 |
| | First Personal Bank, 14701 S Ravinia Ave Orland Park, IL 60462 | | 19,950.00 | NA | NA | 0.00 |
| | First Personal Bank, C/O Ashen Faulkner 217 N. Jefferson St Ste 601 Chicago, IL 60661 | | 115,507.00 | NA | NA | 0.00 |
| | First Personal Bank, C/O Ashen Faulkner 217 N. Jefferson St Ste 601 Chicago, IL 60661 | | 93,750.00 | NA | NA | 0.00 |
| | Inland Bank & Trust, C/O Carey White Boland Murnighan 33 W. Jackson Blvd 5th Floor Chicago, IL 60604 | | 119,150.00 | NA | NA | 0.00 |
| | Inland Condo Investor Loan Corp, C/O Scott & Krauss LLC 150 S. Eacker Dr Ste 2900 Chicago, IL 60606 | | 23,745.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Inland Condo Investor Loan Corp, C/O Scott & Krauss LLC 150 S. Eacker Dr Ste 2900 Chicago, IL 60606 | | 20,484.00 | NA | NA | 0.00 |
| | Inland Condo Investor Loan Corp, C/O Scott & Krauss LLC 150 S. Eacker Dr Ste 2900 Chicago, IL 60606 | | 105,324.00 | NA | NA | 0.00 |
| | Nationstar Mortgage, C/O Shapiro Kreisman & Assoc 2121 Waukegan Rd Ste 301 Bannockburn, IL 60015 | | 105,813.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing LLC, C/O Nationwide Credit, Inc. PO Box 26314 Lehigh Valley, PA 18002 | | 18,665.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage, PO Box 10335 Des Moines, IA 50306 | | 186,669.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 933,344.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 6,512.82 | 6,512.82 | 6,512.82 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2200-000 | NA | 22.20 | 22.20 | 22.20 |
| International Surreties, Ltd. | 2300-000 | NA | 19.18 | 19.18 | 19.18 |
| Associated Bank | 2600-000 | NA | 707.63 | 707.63 | 707.63 |
| ATG LegalServe | 2990-000 | NA | 69.00 | 69.00 | 69.00 |
| Veritext Legal Solutions | 2990-000 | NA | 165.00 | 165.00 | 165.00 |
| TAFT STETTINIUS & HOLLISTER LLP | 3110-000 | NA | 8,637.00 | 8,637.00 | 8,637.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,132.83 | $ 16,132.83 | $ 16,132.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank, Box 6500 Sioux Falls, SD 57117 | | 2,624.00 | NA | NA | 0.00 |
| | First Personal Bank, C/O Ashen Faulkner 217 N. Jefferson St Ste 601 Chicago, IL 60661 | | 55,758.00 | NA | NA | 0.00 |
| | First Personal Bank, C/O Ashen Faulkner 217 N. Jefferson St Ste 601 Chicago, IL 60661 | | 30,900.00 | NA | NA | 0.00 |
| | First Personal Bank, C/O Ashen Faulkner 217 N. Jefferson St Ste 601 Chicago, IL 60661 | | 39,550.00 | NA | NA | 0.00 |
| | First Personal Bank, C/O Ashen Faulkner 217 N. Jefferson St Ste 601 Chicago, IL 60661 | | 29,480.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Personal Bank, C/O Ashen Faulkner 217 N. Jefferson St Ste 601 Chicago, IL 60661 | | 40,360.00 | NA | NA | 0.00 |
| | Mack Companies, James McClelland 6820 Centennial Drive Tinley Park, IL 60477 | | 427,000.00 | NA | NA | 0.00 |
| 1 | FIRST PERSONAL BANK | 7100-000 | NA | 277,000.59 | 277,000.59 | 26,770.36 |
| 2 | INLAND BANK AND TRUST | 7100-000 | NA | 186,066.72 | 186,066.72 | 17,982.18 |
| 3 | INLAND CONDO INVESTOR LOAN CORP. | 7100-000 | NA | 20,934.17 | 20,934.17 | 2,023.16 |
| 4 | INLAND CONDO INVESTOR LOAN CORP. | 7100-000 | NA | 24,294.55 | 24,294.55 | 2,347.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 625,672.00 | $ 508,296.03 | $ 508,296.03 | $ 49,123.61 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-03704 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|---|---|---|
| Case Name: | JAMES MCINERNEY | | | | Date Filed (f) or Converted (c): | 02/08/2017 (f) |
| | | | | | 341(a) Meeting Date: | 03/08/2017 |
| For Period Ending: | 10/04/2018 | | | | Claims Bar Date: | 07/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2010 GARDEN STREET PARK RIDGE IL 60068-0000 COOK | 450,000.00 | 450,000.00 | | 0.00 | FA |
| 2. 544 W 16TH PLACE CHICAGO HEIGHTS IL | 82,000.00 | 82,000.00 | | 0.00 | FA |
| 3. 348 W. 16TH STREET CHICAGO HEIGHTS IL | 112,000.00 | 112,000.00 | | 0.00 | FA |
| 4. 14744 EVERS DOLTON IL | 114,000.00 | 114,000.00 | | 0.00 | FA |
| 5. 13846 STATE RIVERDALE IL 60827-0000 COOK | 94,000.00 | 94,000.00 | | 0.00 | FA |
| 6. 14509 PARK DOLTON IL | 76,000.00 | 76,000.00 | | 0.00 | FA |
| 7. MISC USED HOUSEHOLD GOODS & FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. USED CLOTHING FULLY DEPRECIATED | 400.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL FUNDS | 200.00 | 0.00 | | 0.00 | FA |
| 10. BANK OF AMERICA - 7213 | 1,925.00 | 0.00 | | 9,720.99 | FA |
| 11. BANK OF AMERICA - 1320 | 75.00 | 0.00 | | 0.00 | FA |
| 12. FIDELITY # 38312 | 200,000.00 | 0.00 | | 0.00 | FA |
| 13. LEOPARDO COMPANIES INC | 160,000.00 | 0.00 | | 0.00 | FA |
| 14. RELIANCE LIFE INSURANCE TERM POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 15. NET BONUS RECEIVED FROM EMPLOYER FUNDS ARE IN SPOUSE'S BANK | 64,240.00 | 0.00 | | 20,000.00 | FA |
| 16. TAX REFUNDS (u) | 0.00 | 15,465.00 | | 15,327.00 | FA |
| 17. Citation Funds Employer Failed to Withhold (u) | 0.00 | 20,208.45 | | 20,208.45 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,356,340.00    $963,673.45    $65,256.44    $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/31/18:  Trustee recently concluded 2004 exam of Debtor. Based upon exam, Trustee concluded  there are no further assets to administer and no cause of action against Debtor.  The Trustee has filed a Motion to Compromise & Settle the issue of the fraudulent transfer of property of the Estate with the Debtor and his non-debtor spouse. The Trustee is reviewing claims and after both activities have been concluded, will file the TFR.

12/31/17: Determine estate's interest in bonus received by Debtor shortly prior to filing, frozen bank account and funds which Debtor's employer failed to withhold pursuant to citation issued prior to bankruptcy filing.

RE PROP #          1    --    Owned with non-debtor spouse in tenancy by the entirety.

Initial Projected Date of Final Report (TFR): 12/31/2018          Current Projected Date of Final Report (TFR): 12/31/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-03704 | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- |
| Case Name: | JAMES MCINERNEY | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3375 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1201 | Blanket Bond (per case limit): | $54,646,000.00 |
| For Period Ending: | 10/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/17 | 16 | James P. McInerney | 2016 Tax Refund (IRS) Tax return indicated refund was 15,465, check received from debtor who deposited refund check and wrote personal check to Trustee was $15,326.00 | 1124-000 | $15,327.00 | | $15,327.00 |
| 05/11/17 | 10 | Bank of America San Antonio, Texas | Turnover of Bank of America account | 1129-000 | $9,720.99 | | $25,047.99 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.22 | $25,022.77 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.00 | $24,986.77 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.15 | $24,949.62 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.09 | $24,912.53 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.85 | $24,876.68 |
| 11/03/17 | 17 | Leopardo | Turnover of Citation Funds Debtor's employer failed to withhold funds pursuant to prepetition Citation from creditor. Pursuant to Trustee's demand funds which should have been withheld were turned over to Trustee. | 1290-000 | $20,208.45 | | $45,085.13 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.98 | $45,048.15 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.87 | $44,985.28 |
| | | | Page Subtotals: | | $45,256.44 | $271.16 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-03704 | Trustee Name: KAREN R. GOODMAN |
| Case Name: JAMES MCINERNEY | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3375 |
| | Checking |
| Taxpayer ID No: XX-XXX1201 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 10/04/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/04/18 | 15 | Ann McInerney | Turnover of spouses's Bank Account (including 2016 bonus)<br><br>Pursuant to Turnover Agreement approved by Court Order (funds received prior to entry of Order) | 1129-000 | $20,000.00 | | $64,985.28 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $66.88 | $64,918.40 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.63 | $64,824.77 |
| 02/14/18 | 101 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 Reversal<br>Error in processing Bond Payment | 2300-000 | | ($20.08) | $64,844.85 |
| 02/14/18 | 101 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2018 Bond No. 016073584 | 2300-001 | | $20.08 | $64,824.77 |
| 02/14/18 | 102 | International Surreties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Payment of 2018 Bond Premium - Bond No. 016073584 | 2300-000 | | $19.18 | $64,805.59 |
| 02/22/18 | 103 | ATG LegalServe<br>105 W. Adams Street<br>Suite 1350<br>Chicago, IL 60603 | Invoice for Service to Chicago Title & Trust (Patrice Connolly) Subpoena for document production | 2990-000 | | $69.00 | $64,736.59 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $87.04 | $64,649.55 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.11 | $64,553.44 |
| 04/17/18 | 104 | Veritext Legal Solutions<br>1 North Frnaklin Street, Suite 3000<br>Chicago, Illinois 60606 | Court Reporter for 2004 Bankruptcy Exam held on 3/15/2018 | 2990-000 | | $165.00 | $64,388.44 |

Page Subtotals: $20,000.00   $596.84

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-03704 | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | JAMES MCINERNEY | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3375 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1201 | Blanket Bond (per case limit): | $54,646,000.00 |
| For Period Ending: | 10/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.81 | $64,295.63 |
| 06/26/18 | 105 | Karen R. Goodman, Trustee<br>Taft Stettinius & Hollister LLP | Compensation to Trustee per Court Order dated June 26, 2018 | 2100-000 | | $6,512.82 | $57,782.81 |
| 06/26/18 | 106 | Karen R. Goodman, Trustee<br>Taft Stettinius & Hollister LLP | Expenses for Trustee per Court Order of June 26, 2018 | 2200-000 | | $22.20 | $57,760.61 |
| 06/26/18 | 107 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL 60601 | Compensation to Counsel for Trustee per Court Order of June 26, 2018 | 3110-000 | | $8,637.00 | $49,123.61 |
| 06/26/18 | 108 | FIRST PERSONAL BANK<br>C/O ASHEN FAULKNER<br>217 N. JEFFERSON ST STE 601<br>CHICAGO, IL 60661 | First and Final Distribution for Claim No. 1 per court Order dated June 26, 2018 | 7100-000 | | $26,770.36 | $22,353.25 |
| 06/26/18 | 109 | INLAND BANK AND TRUST<br>C/O KEVIN MURNIGHAN<br>33 W JACKSON BLVD<br>SUITE 500<br>CHICAGO IL 60604 | First and Final Distribution for Claim No. 2 per court Order dated June 26, 2018 | 7100-000 | | $17,982.18 | $4,371.07 |
| 06/26/18 | 110 | INLAND CONDO INVESTOR LOAN CORP.<br>C/O SCOTT & KRAUS, LLC<br>150 S. WACKER DRIVE, SUITE 2900<br>CHICAGO, ILLINOIS 60606 | First and Final Distribution for Claim No. 3 per court Order dated June 26, 2018 | 7100-000 | | $2,023.16 | $2,347.91 |
| 06/26/18 | 111 | INLAND CONDO INVESTOR LOAN CORP.<br>C/O SCOTT & KRAUS, LLC<br>150 S. WACKER DRIVE, SUITE 2900<br>CHICAGO, ILLINOIS 60606 | First and Final Distribution for Claim No. 4 per Court Order dated June 26, 2018 | 7100-000 | | $2,347.91 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $65,256.44 | $65,256.44 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $65,256.44 | $65,256.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $65,256.44 | $65,256.44 |
| Page Subtotals: | $0.00 | $64,388.44 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3375 - Checking | $65,256.44 | $65,256.44 | $0.00 |
|  | $65,256.44 | $65,256.44 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $65,256.44 |
| Total Gross Receipts: | $65,256.44 |

Page Subtotals:   $0.00   $0.00